IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GREG J. BOLL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08CV001972SWW |
| | * | |
| STATE OF ARKANSAS, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on this date, this action is dismissed with prejudice.

DATED this 12th day of September 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE